FILED

07/05/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0452

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0452

JOHNNY TYRONE HUFFMAN, JR.,

      Petitioner and Appellant,

v.

STATE OF MONTANA,

      Respondent and Appellee.

## ORDER

Upon consideration of Appellant's motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including August 11, 2023, within which to prepare, file, and serve Appellant's opening brief on appeal.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 5 2023